Case A Minister is chosen for my Doctor, Me. New Testament Faith. I gave my doctor's note.

Minister of New Testament (No Law Changes)
Maureen Patricia Hurley
72 Central ST. Apt. 3
Peabody, MA. 01960
9/10/04

To Judge of ~~Superior~~ federal Court House, (~~Salem, MA.~~) Boston, MA.

I am a minister practitioner for myself. Case to file is about a federal law, of religious civil rights, by the constitution of the U.S.A.. Everyone has religious freedom, [Admendment I]. The law was broken by a Ms. Taylor of 110 Chauncey ST. Boston, MA. Social Security Administration, MA. Rehabilitation Commission, Disability Determination Services. Zip code 02111, Telephone number 617-654-7664, extension of Ms. Taylor's office is 7664. I even went to complain against her to manager. The manager didn't see that minister practitioners are accepted by government either. General office numbers of the S.S. office is 1-800-882-2040, 617-727-1600. He had a general list. Applied at Salem office a Ms. Putnam said only 120 days. I've waited now since March 3, because of arguement, gone on pass 120 days. I need immediate assistance. I only have $40. from a Charity Friend. Can't make it on $40. a month. Food stamps were cut.

I need to be recognized by you. You should send them a letter.

Sincerely,
Minister M. P. Hurley

my Social Security number
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
3-16-54

**Made out Application like this.**

I am the patient and the Doctor Prayer healer only this kind for me is my religion.

New Testament Belief all Law

Minister M. Hurley

ell us who may have medical records or other information about your illnesses, injuries
conditions **since you last completed a disability report.**

List each **DOCTOR/HMO/THERAPIST/OTHER**. Include your **next appointment**.

| NAME Minister Practitioner Moe Hurley | DATES |
|---|---|
| STREET ADDRESS 72 Central (Apt. 3) | FIRST VISIT don't apply |
| CITY Peabody   STATE MA   ZIP 01960 | LAST SEEN |
| PHONE None   PATIENT ID # (If known) | NEXT APPOINTMENT |
| REASONS FOR VISITS Prayer  Cancer around heart muscle. Weakness/fatigue. | |
| WHAT TREATMENT WAS RECEIVED? Prayed over self. This is the only treatment can have. Also gets Minister Doctor does only this. Wisdom is received. | |

| NAME | DATES |
|---|---|
| STREET ADDRESS | FIRST VISIT |
| CITY   STATE   ZIP | LAST SEEN |
| PHONE   PATIENT ID # (If known) | NEXT APPOINTMENT |
| REASONS FOR VISITS | |
| WHAT TREATMENT WAS RECEIVED? | |

If you need more space, use Remarks, Section 10.

FORM SSA-3441-BK (2-2004) EF (02-2004)

PAGE 2

Corinthians Ch 5 verse 5
The Spirit Dwells Ch. 6 verse 16
in the Christain Minister,
makes me a legal Representative.

To Judge,
Boston Federal Court House

Sept. 10, 2004 Friday
Maureen P. Hurley
minister practitioner
of New Testament Faith.
**All original Laws**
No Law changes like
other Christains did.
Matt. 19 verse 8 No
Harden Heart on Law.

I Minister Maureen P. Hurley is a legal representative of the New Testament faith. No law changes, all original laws of God's are to be followed. I should defend myself for my social secruity benefits for disability of Cancer causing heart trouble.

Ms. Taylor wanted me to go to another doctor for evidence, EKG. I don't need to give any more evidence by govt. Law. Religious practitioners, ministers, don't work any other way, but through prayer. Everyone knows this in general. Prayer is powerful enough, my belief. James Ch. 5 verse 13, 14 The sick must go to minister for all treatment. Thats all. Main office of Social Security Administration is 6401 Security Blvd Baltimore MD 21235-6401. (also 1500 Woodlawn Dr) 21241-1500

Sincerely,
Minister
Maureen P. Hurley
9/10/04

I am a temple of the living God
Corinthians Chapter 6 New Testament verse 16
Belief

✓ 2 Corinthians Ch. 5 verse 5 Now the One who has prepared us is God, who has given us the Spirit as first installment.

2 Timothy Ch 3:16, 17 All scripture is from God and is used for correction and training in righteousness, so the one who belongs to God may be

Mailing address

Minister of New Testament
(No Law Changes)
Maureen Patricia Hurley
72 Central ST. APT. 3
Peabody, MA. 01960
9/10/04

To Boston, Federal Courthouse.

Judge,

I gave a <u>doctor's note like this.</u> I Maureen P. Hurley is a "Religious Minister <u>Practitioner</u>." I believe in myself for all health ~~treatment~~, that is a scripture law in the New Testament. James Chapter Five Verse 13 and 14. I have to go to minister of my faith. The minister of my faith is <u>I</u>. *

I told her ~~I~~ have cancer. ~~that caused~~ and heart disease. I have weakness in general, fatigue, need rest, can't stand too long, and breathing trouble. I can't work a routine part time job or a full time job. I sugest Social Security disability benefits for myself.

Minister of New Testament
faith (No Law Changes)
Maureen Patricia Hurley
9/10/04

<u>Doctor's note from complainant.</u>

9/13/04 MON.
COPY

Minister for self
Maureen P. Hurley
72 Central ST. APT. 3
Peabody, MA. 01960

Salem ~~Superior~~ Court Clerk,
~~Boston federal~~

There is a conflicting law at the social security office 110 Chauncey ST. Boston, MA. 02111 for disability benefits against my religion, which is the New Testament Faith, all law. They didn't accept my choice of a minister healer practitioner. A minister doctor takes care of the sick only, is my faith. A minister prays over the sick for healing if God gives one. He or she gets wisdom to say what the sickness is. James chapter five verse 13, 14. When there's sick in the Christain faith go to your minister.

I am a minister of my faith. I prayed already. I gave them a doctor's note from myself, since again, I'll teach you, I 'am a minister of the New Testament faith all Law. We don't accept other people's ~~churches~~ Group faiths or any other people's personal faith's (individuals). We don't go to other people's doctors or just that kind thats not in the ministry. We don't accept their treatments or medicines. We Christains of the New Testament Faith, all law, always go only to the minister.

I can represent myself. Simple case I feel. I can see the general law was not minister doctor, for most people. I am in a minority situation. But I am aware of others who believe in a minister for a doctor and got it accepted. My belief is theirs. Christain Scientist and the No Law change Faith of Peter Linski of New York are the other faiths that believe.

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 | Christian science religious minister practitioner was accepted same way for me, then.     6/28/04 Copy 1.

Social Security Number

Maureen P. Hurley
72 Central St. Apt. 3
Peabody, MA. 01960
No home phone / reply by mail please.

3-1654   no law change   Rev. Ch. 22, 18, 19 verse 8

Matt. 19 hardened hearts   I know don't lie

Point of truth * religious (minister) practitioner is accepted by Gov't Law, that's a Doctor.   stop it, lying!

Garrone,

I already wrote to Director.

Your employer who judged my claim for social security disability has made a mistake. She said I didn't go to a doctor. I did. My own doctor was chosen. I chose a religious minister doctor. ✓ I believe in the New Testament belief, when there is sick in my faith, one goes to the minister, where God dwells, for healings only. James Chapter five verse 13, 14, 15 are basic scriptures that teach me what to do in my circumstance. I chose the minister of my faith. As one can hear, I am saying, I chose a Doctor, that's capable of her position. One that's highly recommended by my God. The doctor is I. I am saying I am a practicing religious doctor minister.

No one in Peabody accepted the New Testament belief. I am chosen, even though now disabled, by people who hated my belief, to carry on the New Testament belief. This was Jesus Christ religion. It's also a normal faith then. A famous, well known belief. Everyone is nationalistic also. My faith doesn't accept it. My God can be nationalistic only. Through me He is. I am the well known minister that talked a lot about God and taught No images before me was the first Commandment. No television because acting is fiction. It then breaks the   also cartoons are images 8th Commandment. Also the Fifth, No retaliation. Matt. 5 Exodus   The sixth command (sex) too much. Fashion bad

Copy

Maureen Patricia Hurley
72 Central St.
Peabody, MA. 01960
Apt. 3, 3/26/04

Social Security office,

I am a disabled religious Practitioner. I do healings by prayer, obedience to the Law, and Bible readings. I place God above all and things. He is in my life everyday. God is present with His angels because I am a true Christain. I comply with all of God's Laws. God's Rule alone. Most Christain churches changed Law, my own faith is different than theirs. I don't believe in any Law change. Scripture evidence is Rev. ch. 22 verse 18, 19, Matt. ch. 19 verse 6, 7, 8. Don't hardened your hearts on God's Law. Jesus Christ followers in this nation since the late 60's have the same belief. They are not in my home city. Hopefully, I get fellowship someday from them, Jesus Christ followers. My Faith God fellowship right now and in the future with others. We follow God's Son to the Father Creator, God. example only

City hall of Peabody said I don't need a license for my own belief. They don't issue license. City Hall, 24 Lowell St. Peabody, MA. 01960  no building, no parishioners

Janet Hurley my sister prayed to check as a witness, to see if God saids I have cancer and heart disease. He agreed. He didn't say I didn't.

Through my prayers I've gained longer years with heart trouble and cancer. God takes away pain, slows my cancer from spreading to end my life. God has given me wisdom to manage through my suffering. God has given me strength for shopping and household chores. Thats what He has done Food stamps for my prayers, as a Religious Practitioner for my self.
Christain Practitioner God's Servant M. Hurley

Mae Hurley
72 Central St.
Peabody, MA. 01960
Apt. 3

Peabody Housing Authority
suite 2 75 Central St. 01960-04302
(978) 531-1938

Sharlene Palmachuk / Tenant Selection Specialist didn't accept me as a minister Practitioner for the New Testament no law Change faith. I needed Handicapped housing not family dwelling any more. I am not elderly just handicapped. Constitutional rights violated.

Applied 2003

Sincerely
Minister Mae Hurley
10/11/04

Case of Religious discrimination

Minister Maureen P. Hurley
72 Central St.
Peabody, MA.
01960   Apt. 3

(Boston Federal Court House)
Dear Judge,

Juror ID #
04-02676-05-58

The jury commission office also needs to be told I am sick with cancer and heart disease. I gave them a doctor's note. I as a minister practitioner who heals by prayer and no other kind of doctor is excepted. When there is sick in my New Testament Faith I go only to me, a legal U.S. minister called by God.

James Ch. 5 verse 13,14

Can't do jury duty also because I believe in the New Testament. The New Testament belief is No retaliation. All Christains can't promote physical punishments. My Constitutional rights were violated.

Matthew Chapter 5

1/10/04 Disqualified (9) - sick and No physical punishments.
(Religious Belief) Conscience objective.
New Testament Belief - No Law changes

Sincerely Minister
Maureen P. Hurley
10/11/04

Commonwealth of MA.
Office of Jury Commissioner's
560 Harrison Ave.
Suite 600
Boston, MA. 02118 - 2447

Maureen P. Hurley
72 Central ST.
Peabody, MA. 01960
APT. 3

Joe Moakley's
Boston Federal Court
House
Dear Judge

Psychology people can't treat me; It's against my faith. I am a New Testament believer who can't accept people who believe in their own laws not God's. I am not psychologically sick. God and I work together. I am a religious Minister Practitioner with No needs for their treatments over my own. My religion saids no to people who break the fifth and eight commandments. Please tell them they can't treat New Testament believers. All No Law Change (New Testament believers believe in No Etheuenaisa, also.

We don't mingle with disbelievers! Only for conversions.

Sincerely Minister

Maureen P. Hurley
10/11/04

The New Testament is
Realistic today also!
Realistic yesterday so yes today
federal court they were wrong!
Dear Judge,
Boston, MA.

Maureen P. Hurley
72 Central St. APT 3
Peabody, MA. 01960

9/16/04

(No to for evaluation again!)

    I don't believe in psychology. All psychology people shouldn't enter my mind or my apartment. I am a minister who worships God and believes in the 10 Commandments. God will help me with my behavior like He has been doing. I haven't done anything too much to be done up by psychology people. I have a God who teaches me the faith. Together we work.

    I will keep the peace. Please tell them to stay out of my apartment. I am well with my God. Psychology people are not obeying democratic principles. They're too harsh on judgements of people. They have made some serious errors thinking how No images means in front of me was Not a realistic faith. It's was the first commandment. They're seriously done damage. They also thought that in 1993 when I threw my television away I was sick. I wasn't. It is against God's Laws I told them. He viewed it a idol. It breaks many Laws of the New Testament. They judged by unrealistic religion they should not of. God made up the first commandment and the eight commandment. No Law changes. Acting was judged fiction. T.V. also caused illness. Images = tape recorded. Violence against 5th Commandment. Fiction is a lot seen on T.V.. All the programs are made up, almost. True stories are best or close to truth, just name changes. Adultery I believe in No law changes! This religion Jesus had!