UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

2004 NOV 19 P 12: 27

DISTRICT COURT
OF MASS

1.  PLAINTIFF'S NAME   Hurley, Maureen, P.
                       Minister/Practitioner

                                        CIVIL ACTION
     V.                                 04-12203-RGS
                                        NO. 440,864

DEFENDANT'S NAME   Taylor, Aja          Suit under 28 U.S.C. 1331

                   COMPLAINT - 12519 NMG
                   Refered to MJ JGDein

Parties

1.  The plaintiff is a resident of Peabody, Essex county, Massachusetts
    and a citizen of the United States.

2.  The defendant is a employee of Boston's Social Security office, Suffolk
    Massachusetts and a citizen of the United States.

2.                  JURISDICTION

    This court has jurisdiction over this matter pursuant for
    Civil Rights, 1st Amendment of the Constitution of the United States,
    to be enforced. (28 U.S.C. 1331) violated.

3.                  Facts

1.  On March 3, 04 applied for social security benefits for
    a disability.

2.  Submitted green form with mention of impairments and
    my doctor's name and address. Also Doctor's note.
                                Impairments, Cancer, Heart disease.

# Facts

3. A Ms. Taylor seems to have received my forms. 110 Chauncey ST., Boston, MA.

4. She didn't accept my chosen doctor.

5. My chosen doctor, a minister practitioner, of the New Testament faith, that can't go to any other kind of doctor but a minister of the New Testament Belief. Myself, Maureen P. Hurley/Minister Practitioner. James ch.5 verse 13,14

6. I gather they have a general list that stated not my kind of doctor/myself, a minister/practitioner.

7. In my circumstance the constitution of the United States Citing Amendment I, that gives us the right to practice our religion, guaranteed, over rides their general doctor's list only. My doctor because of amendment can be accepted.

## Relief

Wherefore, the plaintiff demands judgment against the defendant Taylor for not accepting me as a acceptable practitioner. An apology. Also I would like my benefit as soon as court agrees. All the way from July 04, up to court's hearing day, and routinely (monthly), there after. Nothing taken out for rent.

Minister Practitioner/
Maureen P. Hurley
11/14/04

Minister, Practitioner/ section 8
Maureen P. Hurley
72 Central ST.
Peabody, MA. 01960
APT. 3

# Supplemental Security Income Notice

**FROM: SOCIAL SECURITY ADMINISTRATION**

*rendered decision after arguement. gave 3 letters, stating Faithy corrections.*

Q324 / A

June 13, 2004

MAUREEN PATRICIA HURLEY
72 CENTRAL ST
PEABODY, MA 01960

**CLAIM NUMBER:** 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

We have determined that you are not entitled to Supplemental Security Income payments based on the claim that you filed.

**WHO MADE THE DECISION**

Doctors and disability specialists in the state agency reviewed the evidence and made the determination based on Social Security law and regulations. The determination on this claim was not made by your own doctor or by any individuals or agencies who may have submitted any information about this claim.

**HOW WE MADE THE DECISION**

The following report(s) were used to decide this claim:

There are no sources in file

You said that you are disabled because of heart disease and cancer.

We asked you to go for a special examination, but you did not report for the appointment. Since the appointment was not kept, we must make a decision based on the records already in file. These do not show that you are disabled.

The evidence does not show that your condition is disabling. We based our determination on the evidence in file because you did not take the medical examination we scheduled at our expense. The examination was needed to fully evaluate your condition.

You were advised that this action was needed to adjudicate the claim. You refused or failed to comply with the request to take the medical examination we scheduled. You were advised that a determination might be made based on the evidence in the file if you did not attend the examination.

**DO YOU DISAGREE WITH THE DECISION**

If you disagree with the decision, you have the right to appeal. We will review the claim and consider any new facts you have. Then, a person who didn't make the first decision will decide the claim. We will also look at those parts of the decision you agree with and may make them unfavorable or less favorable to you..

- You have 60 days to ask for an appeal.
- The 60 days start the day after you get this letter.
- You must have a good reason for waiting more than 60 days to ask for an appeal if you miss the 60 day deadline date.
- To appeal, you must fill out a form called *"Request for Reconsideration."* The form number is **SSA-561**. To get this form, contact one of our offices. We can help you fill out this form.

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     HURLEY, MAUREEN PATRICIA