UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAUREEN P. HURLEY,
    Plaintiff,

v.                                  Civil Action No. 04-12203-RGS

MS. TAYLOR,
    Defendant.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES (Docket No. 4)

   Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is: GRANTED.

SO ORDERED.

 March 4, 2005                         /s/ Richard G. Stearns
DATE                                   RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE