```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

MINISTER MAUREEN P. HURLEY,    )
                               )
            Plaintiff,         )
                               )
       v.                      )   C.A. No. 04-12203-RGS
                               )
MS. TAYLOR,                    )
                               )
            Defendant.         )
```

## ORDER

On October 25, 2004, I directed plaintiff Maureen Hurley to demonstrate good cause, in writing, within 35 days of the date of the order, why this action should not be dismissed. The October 25, 2004 Memorandum and Order stated that the complaint failed to state a claim because plaintiff had not, among other things, demonstrated that a final decision concerning her SSI benefits had been rendered by the Social Security Administration or that she had exhausted her administrative remedies. The October 25, 2004 Memorandum and Order also stated that the complaint failed to state a claim because ministers are not considered an acceptable source of medical evidence regarding a social security disability claimant's impairment. On November 19, 2005, Hurley filed a new complaint as a response.

Plaintiff's new complaint simply restates the facts as alleged in her original complaint. After carefully reviewing

plaintiff's response, I find that plaintiff has failed to demonstrate any reason why this action should not be dismissed. Thus, I find that plaintiff has failed to demonstrate good cause why this action should not be dismissed.

ACCORDINGLY, in accordance with this Court's order dated October 25, 2004, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby DISMISSED for the reasons stated above.

SO ORDERED.

Dated at Boston, Massachusetts this 4th day of March, 2005.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE