```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| MAUREEN HURLEY,           )| |
|     Plaintiff,     )| |
|              )| Civil Action No. 04-12203-RGS |
| v.           )| |
|              )| |
| MS. TAYLOR,              )| |
|     Defendant.     )| |

### ORDER OF DISMISSAL

STEARNS, D.J.

In accordance with this Court's orders dated October 25, 2004 and March 4, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: March 7, 2005          By  s/ Barbara Morse
                                 Deputy Clerk